UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DE JESUS CASTANEDA-GARCIA,

                Petitioner,

    v.

PAMELA BONDI et al.,

                Respondents.

CASE NO. 2:26-cv-1204-JNW

ORDER GRANTING IFP
APPLICATION

Petitioner Jose de Jesus Castaneda-Garcia has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 1-1, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 1. Castaneda-Garcia's IFP application indicates that he has no savings or income, and his prison trust account holds just $20.94 as of March 20, 2026. Dkt. No. 1-2. On this record, the Court finds that Castaneda-Garcia would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING IFP APPLICATION - 1

Dated this 9th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2