UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DE JESUS CASTANEDA-GARCIA,

                    Petitioner,

        v.

PAMELA BONDI et al.,

                    Respondents.

CASE NO. 2:26-cv-1204-JNW

PRODUCTION ORDER

The Court raises this matter of its own accord. On May 14, 2026, the Court received Petitioner's traverse, in which he claims that four years ago, the Honorable Fernando Rodriguez, Jr. of the U.S. District Court for the Southern District of Texas "issued a proclamation recognizing petitioner as an American citizen." Dkt. No. 10 at 2. The traverse includes an order issued by Judge Rodriguez dismissing criminal charges against Petitioner on the basis that "the Government cannot prove the [8 U.S.C. 1326(a)(1)(b)(1)] violation beyond a reasonable doubt as evidence presented from the Defendant's N-600 Application for Certificate of Citizenship, including Mexican Birth Certificate, U.S. Birth Certificate, DNA test report,

PRODUCTION ORDER - 1

parental U.S. Death Certificate, and witness affidavits reveal that the Defendant has a probative claim to US [sic] citizenship." Dkt. No. 10-1 at 4.

Some, but not all, of the documents listed in Judge Rodriguez's order are attached to the traverse. *See* Dkt. No. 10-1 at 5–18. Notably absent are Petitioner's Application for Certificate of Citizenship, Mexican Birth Certificate, or U.S. Birth Certificate. The Court has been unable to locate these documents in the court docket for the underlying criminal case, *USA v. Castaneda-Garcia*, Case No. 1:21-cr-00930-1 (S.D. Tex. 2021).

Petitioner's birth certificates and citizenship application materials are critical to the Court's consideration of Petitioner's claim of American citizenship. The Government has purportedly reviewed these documents, *see USA v. Castaneda-Garcia*, Case No. 1:21-cr-00930-1 (S.D. Tex. 2021) at Dkt. No. 23 (the Government's motion to dismiss criminal indictment), but they do not appear in the record now before the Court. Therefore, the Parties are hereby ordered to produce, on or before Wednesday, May 20, 2026, at 12:00 PM (PST), (1) any document referenced in Judge Rodriguez's May 18, 2022, Order that has not been previously filed in this matter, or (2) a declaration stating the reason(s) why such documents cannot be produced, and describing the efforts undertaken to obtain them.

Dated this 14th day of May, 2026.

Jamal N. Whitehead
United States District Judge

PRODUCTION ORDER - 2