UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DE JESUS CASTANEDA-GARCIA,<br><br>                    Petitioner,<br><br>      v.<br><br>TODD BLANCHE et al.,<br><br>                    Respondent | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:26-cv-1204-JNW |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Petition for a Writ of Habeas Corpus is

GRANTED with the relief ordered at Dkt. No. 19.

Dated July 6, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Kathleen R. Albert*
Deputy Clerk