UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DE JESUS CASTANEDA-GARCIA,<br>Petitioner,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>Respondents. | CASE NO. 2:26-cv-1204-JNW<br><br>ORDER |

This matter comes before the Court on Petitioner Jose De Jesus Castaneda-Garcia's motion to enforce the Court's habeas order and judgment. Dkt. No. 22. Castaneda-Garcia is in immigration detention at the Northwest ICE Processing Center. On July 6, 2026, the Court granted his habeas petition and ordered Respondents to provide him a bond hearing within fourteen days or release him. Dkt. No. 19 at 8–9. The Court also ordered:

> If Petitioner seeks to raise new issues not previously raised in the original petition, he must file a new petition for a writ of habeas corpus and note that the new case is related to this matter so that the Clerk can assign the case to the undersigned.

*Id.* at 9.

On July 27, 2026, Castaneda-Garcia moved to enforce the Court's habeas order, arguing that he never received a bond hearing. Dkt. No. 22. The record shows otherwise, as the Government submitted an audio recording of the hearing, confirming that one was held on July 13, 2026, and that Castaneda-Garcia was represented by counsel. Dkt. No. 25; *see* Dkt. No. 21 (status report confirming that it held a bond hearing for Castaneda-Garcia on July 13, 2026). And if Castaneda-Garcia means that the hearing he received was constitutionally inadequate, he identifies nothing suggesting that the immigration judge departed from the Court's order. Merely disagreeing with the immigration judge's decision is not enough to show noncompliance with this Court's previous order. Accordingly, the Court DENIES Castaneda-Garcia's motion to enforce judgment. Dkt. No. 22.

Separately, the Court relied on the Parties' representation that Castaneda-Garcia's appeal of his removal order was still pending before the Bureau of Immigration Affairs (BIA), Dkt. No. 8 ¶ 19; Dkt. No. 19 at 3, 5–6, the recording of the July 13 hearing indicates that on May 15, 2026, before the Court rendered its decision here, the BIA dismissed Castaneda-Garcia's appeal. *Id.* No party told the Court.

The Court thus ORDERS Respondents to file a status report within FOURTEEN (14) days of this order doing the following things: (1) attaching any BIA decision on Castaneda-Garcia's appeal; (2) stating whether he has filed a Ninth Circuit appeal; (3) explaining why the Court was not informed sooner about the BIA's ruling. Castaneda-Garcia may respond within FOURTEEN (14) days after Respondents file, but he is not required to do so.

Dated this 23rd day of September, 2026.

Jamal N. Whitehead
United States District Judge