UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DE JESUS CASTANEDA-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>Respondents. | CASE NO. 2:26-cv-1204-JNW<br><br>ORDER |

On July 7, 2026, the Court granted Petitioner Jose de Jesus Castaneda-Garcia's habeas petition and ordered the Government to give him a bond hearing. Dkt. No. 19 at 8–9. On September 23, 2026, the Court denied Castaneda-Garcia's motion to enforce judgment because, contrary to his assertion, the Government had conducted a bond hearing within the timeframe set by the Court. Dkt. No. 28 at 2. The Court also ordered the Government to file a status report to explain why it did not inform the Court of material updates in Castaneda-Garcia's immigration case. *Id*. The Court's order permitted Castaneda-Garcia to respond to the Government's status report. *Id*. He filed a response in name only, as it does not address the

Government's status report, and requests habeas relief. Dkt. No. 31 at 10. The Court STRIKES Dkt. No. 31 as improperly filed.

If Castaneda-Garcia wishes to challenge his immigration detention, he must file a new habeas petition under a new cause number.

Dated this 29th day of October, 2026.

Jamal N. Whitehead
United States District Judge